MARCH 15, 1965.

No. 292. ATLANTIC REFINING CO. *v.* FEDERAL TRADE COMMISSION; and

No. 296. GOODYEAR TIRE & RUBBER CO. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. (Certiorari granted, 379 U. S. 943.) Motion of respondent to consolidate these cases for oral argument granted. *Solicitor General Cox* on the motion.

No. 355. SUSSER ET AL. *v.* CARVEL CORP. ET AL. C. A. 2d Cir. (Certiorari granted, 379 U. S. 885.) Petitioners ordered to show cause on or before Thursday, March 25, 1965, why writ in proceeding should not be dismissed for want of prosecution.

No. 496. GRISWOLD ET AL. *v.* CONNECTICUT. Appeal from Sup. Ct. Err. Conn. (Probable jurisdiction noted, 379 U. S. 926.) Motion of Dr. John M. Adams et al. for leave to file brief, as *amici curiae,* granted. Motion of Catholic Council on Civil Liberties for leave to file brief, as *amicus curiae,* granted. Motion of Planned Parenthood Federation of America, Inc., for leave to file brief, as *amicus curiae,* granted. Motion of Planned Parenthood Federation of America, Inc., for leave to participate in oral argument, as *amicus curiae,* denied. *Whitney North Seymour* for Adams et al. *Alfred L. Scanlan* for Catholic Council on Civil Liberties. *Morris L. Ernst, Harriet F. Pilpel* and *Nancy F. Wechsler* for Planned Parenthood Federation of America, Inc.

No. 789. HOWELL *v.* OHIO. Sup. Ct. Ohio. Motion of petitioner to consolidate for argument with No. 202, or for alternative relief, denied. *Bernard A. Berkman* on the motion.